# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| ANGELA JOHNSON, | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:24-cv-00471-RDP-HNJ |
| KIMBERLY NEELY, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a Report and Recommendation (Doc. 12) on July 21, 2025, recommending that the court deny Petitioner Angela Johnson's ("Johnson") *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) and dismiss her claims with prejudice. No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that Johnson's § 2241 petition (Doc. 1) is due to be denied and her claims are due to be dismissed with prejudice. A final judgment will be entered.

**DONE** and **ORDERED** this August 13, 2025.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE